IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 05CR59-F |
| | ) | WO |
| CHRISTOPHER NELSON COLBERT | ) | |

# ORDER ON MOTION

Upon consideration of the defendant's Motion to Continue final pretrial conference scheduled for 5 July 2005, and for good cause, it is

ORDERED that the motion is GRANTED.  This case is a single defendant case.  Pending before the court is a motion to suppress (Doc. # 12), and the government's response to the motion (Doc. #18).  This court held an evidentiary hearing on the motion on 3 May 2005.  Previously the court pretried this case on 31 May 2005.  Outside of the court's ruling on the pending motion, there are no pending matters in this case.  Therefore it is further

ORDERED that the counsel for the defendant shall confer with government counsel and notify the court of any new developments.

The parties are reminded of the consent docket on 18 July 2005 at 9:00 a.m.  If the defendant would like to appear on this docket, the parties should file a Notice of Intent to Change Plea with the Clerk of the Court.

DONE this 16th day of June, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE