IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 1:05-cr-59-MEF |
| ) | |
| CHRISTOPHER NELSON COLBERT ) | |
| ) | |

## **ORDER**

WHEREAS, on November 1, 2005, this Court entered a Preliminary Order of Forfeiture (Doc. #45), ordering Defendant Christopher Nelson Colbert to forfeit:

One Gateway CPU bearing serial number 0019535026; and,

One Gateway Monitor Model EV910B bearing serial number 1901B124211.

That the United States caused to be published in the Montgomery Advertiser newspaper notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

That, no timely petition has been filed; and,

That, the Court finds that Defendant Christopher Nelson Colbert had an interest in the property that is subject to forfeiture pursuant to Title 18, United States Code, Section 2253.

That the United States has established requisite nexus between such in the commission of the violation of Title 18, United States Code, Section 2252(A).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that **One Gateway CPU bearing serial number 0019535026 and One Gateway Monitor Model EV910B bearing serial number 1901B124211** are hereby forfeited to the United States of America pursuant to Title 18, United States Code, Section 2253.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and, IT IS FURTHER ORDERED that the Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

Done this the 12th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE