IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 1:05-cr-59-MEF |
| ) | |
| CHRISTOPHER NELSON COLBERT ) | |

## **ORDER**

Upon consideration, it is hereby ORDERED that the United States' Motion to Issue Corrected Order of Forfeiture (Doc. # 55) is GRANTED.

DONE this 15th day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE